ALBERT LEE, APPELLEE, V. F. H. KOENIG, SHERIFF: THOMAS W. SHEPARD, TRUSTEE, APPELLANT.

FILED DECEMBER 16, 1930. No. 27503.

*F. J. Reed* and *Morrow & Morrow,* for appellant.

*Mothersead & York, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an action in replevin brought against F. H. Koenig, as sheriff, Thomas W. Shepard, trustee of A. Victor Bryan, bankrupt, intervened as a defendant. From a judgment in favor of plaintiff, defendant Shepard has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.